No. 82–34. AMERICAN PAPER INSTITUTE, INC. *v.* AMERICAN ELECTRIC POWER SERVICE CORP. ET AL.; and
No. 82–226. FEDERAL ENERGY REGULATORY COMMISSION *v.* AMERICAN ELECTRIC POWER SERVICE CORP. ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 904.] Motion of Edison Electric Institute for leave to file a brief as *amicus curiae* granted.

No. 82–168. NATIONAL LABOR RELATIONS BOARD *v.* TRANSPORTATION MANAGEMENT CORP. C. A. 1st Cir. [Certiorari granted, *ante*, p. 1014.] Motion of New England Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 82–185. BOSTON FIREFIGHTERS UNION, LOCAL 718 *v.* BOSTON CHAPTER, NAACP, ET AL.;
No. 82–246. BOSTON POLICE PATROLMEN'S ASSN., INC. *v.* CASTRO ET AL.; and
No. 82–259. BEECHER ET AL. *v.* BOSTON CHAPTER, NAACP, ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 967.] Motion of National Education Association for leave to file a brief as *amicus curiae* granted. JUSTICE MARSHALL took no part in the consideration or decision of this motion.